DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.P.,** the mother,
Appellant,

v.

**B.J.,** grandparent and **A.E.P.,** grandparent,
Appellees.

No. 4D17-3621

[April 23, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. FMCE 17-011211.

Michael J. McAllister, Miami, for appellant.

Amber B. Glasper of Law Office of Amber B. Glasper, P.A., Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***